IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: LANCE EDWARD WHITE and TINA KAY WHITE  CASE NO: 4:24-bk-11877 R
DEBTORS  CHAPTER 13

## CHAPTER 13 AGREED ORDER SUSTAINING TRUSTEE'S OBJECTION TO EXEMPTIONS

Before the the court is the Trustee's Objection to Exemptions, Docket Entry 33, filed August 22, 2024. The objection was set for hearing on January 30, 2025. Prior to the hearing, the objection was settled, and a hearing was not necessary. For cause shown, the court finds that the Trustee's Objection to Exemptions is sustained.

IT IS SO ORDERED.

Date: January 30, 2025

/s/ BIANCA M. RUCKER
BIANCA M. RUCKER
United States Bankruptcy Judge

cc: Joyce Bradley Babin, Trustee

Caddell Reynolds, P.A.
P O Box 184
Fort Smith, AR 72902

LANCE EDWARD WHITE and TINA KAY WHITE
133 East Lewisburg Road
Vilonia, AR 72173

GO11-7/ 056 Order Sustain Objection to Exemptions / tr